IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RODNEY S. WILLISON,
REBECCA WILLISON,
JESS TUDOR, JULIE JONES, and
STEVEN REED                                                                                              PLAINTIFFS

VS.                                            3:13-CV-00005-BRW

DAVID PATRICIO and
LANDSTAR RANGER, INC.                                                                        DEFENDANTS

## ORDER

Pending is Plaintiffs' Motion for Non-suit under Federal Rule of Civil Procedure 41(a)(2) (Doc. No. 8). Defendants have not responded and the time for doing so has passed.[1] Hearing no objection, the Motion is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of October, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Defendants' response was due on October 4, 2013.