IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RODNEY S. WILLISON,**
**REBCECCA WILLISON**
**JESS TUDOR, JULIE JONES,**
**and STEVEN REED** **PLAINTIFFS**

VS. 3:13-CV-0005-BRW

**DAVID PATRICIO and**
**LANDSTAR RANGER, INC.**

## JUDGMENT

Pursuant to the order entered on October 8, 2013, Plaintiff's complaint is dismissed without prejudice.

Nunc Pro Tunc October 8, 2013.

IT IS SO ORDERED this 23rd day of December, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE